**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

MANUEL RODRIGUEZ-SANTANA     *
                                       *
     Petitioner                  *
                                       *
v.                                      *         **Civil No. 04-1218(SEC)**
                                       *
UNITED STATES OF AMERICA      *
                                       *
     Respondent            *
**********************************

## JUDGMENT

Pursuant to the Court's Opinion and Order of even date **(Docket # 17)**, the above-captioned action is **DISMISSED WITH PREJUDICE**. Judgment is hereby entered accordingly.

         **SO ORDERED.**
In San Juan, Puerto Rico, this 24th day of August, 2006.

                                   S/ Salvador E. Casellas
                                   SALVADOR E. CASELLAS
                                   U.S. Senior District Judge